# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LINDINILLA R. REYES, | |
| Plaintiff, | Case No. 2:13-cv-01482-JAD-CWH |
| vs. | **ORDER** |
| CORAZON D. SCHUTTENBERG, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiff's Ex Parte Motion to Extend Time to file a Discovery Plan and Scheduling Order (#72), filed November 18, 2013. The undersigned conducted a hearing in this matter on November 20, 2013, wherein the need for a discovery plan and scheduling order was discussed. Ultimately, Defendants' unilateral proposed plan (#68) was denied without prejudice and the parties instructed to confer regarding discovery. Based on the rulings made during the hearing, the Court further finds that Plaintiff's ex parte motion for an extension (#72) should be denied. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Ex Parte Motion to Extend Time to file a Discovery Plan and Scheduling Order (#72) is **denied**.

DATED: November 21, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**